FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 OCT 13 PM 5:12

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

VONNIE LEE THOMAS, )
)
   Plaintiff, )
v. ) Case No. CV406-138
)
SHERIFF AL ST. LAWRENCE, JAIL )
ADMINISTRATOR McARTHUR )
HOLMES, UNIT MANAGER LAMB, )
UNIT SUPERVISOR BRYANT, HUB )
SUPERVISOR S. WRIGHT, PRISON )
HEALTH SYSTEM, INC., and )
CAPTAIN DAVIS, )
)
   Defendants. )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 13th day of OCTOBER, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA